IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Troy Triplett,                                       :
                                                     :
       Plaintiff(s),                         :
                                                     :  Case Number: 1:14cv729
   vs.                                          :
                                                     :  Judge Susan J. Dlott
Commissioner of Social Security,                     :
                                                     :
       Defendant(s).                         :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on October 15, 2015 (Doc. 17), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 2, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner is AFFIRMED.  This case is hereby TERMINATED on the docket of this Court.

IT IS SO ORDERED.

            ___s/Susan J. Dlott_____
            Judge Susan J. Dlott
            United States District Court